STATE OF NORTH CAROLINA v. ROBERT HANSON

No. 391PA82

(Filed 11 January 1983)

ON discretionary review pursuant to G.S. § 7A-31 of a decision of the Court of Appeals filed 1 June 1982 vacating a judgment of *Reid, Judge,* entered 7 January 1981 in Superior Court, WASHINGTON County, sentencing defendant to a term of imprisonment upon his conviction by the jury of "accessory before the fact of [sic] attempting to provide drugs to an inmate." We allowed the State's petition for discretionary review on 25 August 1982.

*Rufus L. Edmisten, Attorney General by Michael Rivers Morgan, Associate Attorney, for the State.*

*Robert H. Cowen, Attorney for defendant-appellee.*

PER CURIAM.

Having carefully considered the opinion of the Court of Appeals, the record and briefs, and the oral arguments before us, we conclude that our order of 25 August 1982 allowing the State's petition for discretionary review was improvidently allowed.

Discretionary review improvidently granted.